IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL VINCENT CLINGER,<br>*Plaintiff,* | :<br>:<br>: |
| v. | : CIVIL NO. 25-5259<br>: |
| LINDA A. CARTISANO, et al.,<br>*Defendants.* | :<br>:<br>: |

## ORDER

AND NOW, this **24th** day of **November 2025**, for reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Court **GRANTS** Defendants' Motions to Dismiss (ECF Nos. 13, 20, 27, 28, 29, and 32).

2. The Court **DENIES** Plaintiff's Motion to Strike (ECF No. 40).

3. The Court **DENIES AS MOOT** Plaintiff's Motion for a Preliminary Injunction (ECF No. 36).

4. The Court **DENIES AS MOOT** Plaintiff's Motion to Determine Authority (ECF No. 44).

5. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**